```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 63369
   RAYNARD D CRAIG
   ANGIE M CRAIG                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
             Debtor
   SSN XXX-XX-0687      SSN XXX-XX-9368


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/09/05 and confirmed on 07/19/06.

     2.  The case was dismissed after confirmation, 02/01/2008.

     3.  The Debtor paid a total of $  99470.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BLUE GREEN CORP | UNSECURED | 7397.28 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | 59204.29 | .00 | 59204.29 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 5246.01 | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 6873.61 | .00 | 6873.61 |
| AMERICAN GENERAL FINANCE | MORTGAGE ARRE | 2000.00 | .00 | .00 |
| MONTEREY FINANCIAL SVCS | SECURED | 200.00 | 10.14 | 36.39 |
| DAIMLER CHRYSLER FINANCI | SECURED | 20000.00 | 1693.80 | 6532.21 |
| WELLS FARGO FINANCIAL AC | SECURED | 32314.21 | 4671.50 | 10565.05 |
| WILL COUNTY TREASURER | SECURED | 811.03 | .00 | 811.03 |
| PINNACLE RECOVERY INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| DEPT OF CHILD SUPPORT SE | CHILD SUPPORT | 5143.83 | .00 | 5143.83 |
| COUNTY OF SAN BERNARDINO | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | SECURED | 2522.39 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 19843.92 | .00 | .00 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN REVENUE CORP | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| ASTA FUNDING ACQUISITION | UNSECURED | 1457.47 | .00 | .00 |
| ASTA FUNDING ACQUISITION | UNSECURED | 1192.97 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CAPITAL ONE BANK | UNSECURED | 1348.85 | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | FILED LATE | .00 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |

```
FIRST EXPRESS              UNSECURED        248.89              .00             .00
FINGERHUT CREDIT ADVANTA   UNSECURED     NOT FILED              .00             .00
PREMIER BANKCARD/CHARTER   UNSECURED        308.19              .00             .00
JC PENNEY                  UNSECURED     NOT FILED              .00             .00
HARRIS BANK                UNSECURED     NOT FILED              .00             .00
HIGHLIGHT FOR CHILDREN     UNSECURED     NOT FILED              .00             .00
ILLINOIS TOLLWAY AUTHORI   UNSECURED     NOT FILED              .00             .00
ILL DEPT OF EMPLOYMENT S   UNSECURED     NOT FILED              .00             .00
INGALLS MEMORIAL HOSPITA   UNSECURED     NOT FILED              .00             .00
MCI COMMUNICATIONS         UNSECURED     NOT FILED              .00             .00
METHODIST HOSPITAL         UNSECURED     NOT FILED              .00             .00
NICOR GAS                  UNSECURED        599.85              .00             .00
PARK DANSAN                UNSECURED     NOT FILED              .00             .00
PROVIDIAN                  UNSECURED     NOT FILED              .00             .00
QUEST DIAGNOSTICS          UNSECURED     NOT FILED              .00             .00
RADIOLOGY IMAGING CONSUL   UNSECURED     NOT FILED              .00             .00
RIVER PARK APTS            UNSECURED     NOT FILED              .00             .00
ASSET ACCEPTANCE CORP      UNSECURED       1067.31              .00             .00
SOUTHWEST LABORATORY PHY   UNSECURED     NOT FILED              .00             .00
SOUTHWEST LABORATORY PHY   UNSECURED     NOT FILED              .00             .00
US SPRINT                  UNSECURED     NOT FILED              .00             .00
ST JAMES HOSPITAL C U      UNSECURED     NOT FILED              .00             .00
ST JAMES HOSPITAL C U      UNSECURED     NOT FILED              .00             .00
ST JAMES HOSPITAL C U      UNSECURED     NOT FILED              .00             .00
SULLIVAN URGENT AID CTR    UNSECURED     NOT FILED              .00             .00
STAR NEWSPAPERS            UNSECURED     NOT FILED              .00             .00
US DEPT OF EDUCATION       UNSECURED       4539.32              .00             .00
VERIZON WIRELESS           UNSECURED     NOT FILED              .00             .00
VERIZON WIRELESS           UNSECURED     NOT FILED              .00             .00
VILLAGE OF LANSING         UNSECURED     NOT FILED              .00             .00
MUNICIPAL COLLECTION SER   UNSECURED         50.00              .00             .00
WORLD FINANCIAL NETWORK    UNSECURED        340.90              .00             .00
WORLD FINANCIAL NETWORK    UNSECURED        149.67              .00             .00
MONTEREY FINANCIAL SVCS    SECURED          260.64            16.35          153.90
ILLINOIS DEPT REVENUE      UNSECURED        368.18              .00             .00
INTERNAL REVENUE SERVICE   UNSECURED      12254.71              .00             .00
ILLINOIS DEPT REVENUE      PRIORITY        1779.08              .00             .00
------------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID             PAID
------------------------------------------------------------------------------------
DAIMLER CHRYSLER FINANCI   UNSECURED      14448.54              .00             .00
MONTEREY FINANCIAL SVCS    UNSECURED        290.00              .00             .00
NCO FINANCIAL SYSTEMS      UNSECURED       1627.47              .00             .00
        Summary of disbursements:
------------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED        OTHER           TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 129432.18    26766.83    47689.60          .00         203888.61
PRINCIPAL PAID      84176.48     5143.83         .00          .00          89320.31
INTEREST PAID        6391.79         .00         .00          .00           6391.79
TOTAL PAID          90568.27     5143.83         .00          .00          95712.10
```

The Debtor's attorney, LEDFORD & WU                    , was allowed $   2700.00
and was paid $   1000.00   direct and $        .00   through the plan.

The Trustee received $   3757.90 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                          /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE


PAGE   3
CASE NO. 05 B 63369 RAYNARD D CRAIG & ANGIE M CRAIG